**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROVIER CARRINGTON,<br>Petitioner,<br>v.<br>WARDEN BIRKHOLZ,<br>Respondent. | Case No. 2:25-cv-05921-JAK-MBKx<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Neither party has filed objections to the Report and Recommendation. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that judgment be entered DENYING the Petition and dismissing this action with prejudice.

Dated: July 24, 2026

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE