JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

ROVIER CARRINGTON,
Petitioner,
v.
WARDEN BIRKHOLZ,
Respondent.

Case No. 2:25-cv-05921-JAK-MBKx

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition for writ of habeas corpus is DENIED and this action is dismissed with prejudice.

Dated: July 24, 2026

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE